UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CASE SUMMARY

Case Number: **05-00668**

U.S.A. v. JOSE ANGEL CARDOZA

Defendant Number: 18

Year of Birth: 1978

☒ Indictment   ☐ Information

Investigative agency (FBI, DEA, etc.): DEA

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

### OFFENSE/VENUE

a. Offense charged as a:   ☐ Petty Offense   ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of offense: Up to 07/14/05
c. County in which first offense occurred: Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   ☒ Los Angeles       ☐ Ventura
   ☐ Orange            ☐ Santa Barbara
   ☐ Riverside         ☐ San Luis Obispo
   ☐ San Bernardino    ☐ Other _____

Citation of offense: _____

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☐ No   ☒ Yes
IF YES Case Number: 05-578-JFW & 03-602-JFW

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** United States v. Rafael Yepiz, CR 05-578-JFW; United States v. Oscar Morales-Vega, CR 03-602-JFW

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A
Case Number: _____
Charging: _____

The complaint:   ☐ is still pending
                 ☐ was dismissed on: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☒ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☒ Yes*   ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

This is the N/A superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☒ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☒ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☒ Yes   ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☒ Yes   ☐ No
IF YES, list language and/or dialect: Spanish

FILED JUL 14 2005 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
05-00668
CASE SUMMARY

**OTHER**

- ☒ Male ☐ Female
- ☐ U.S. Citizen ☒ Alien
- Alias Name(s) _Crusty, Alex_

This defendant is charged in: ☐ All counts
☒ Only counts: 1, 13

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☒ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☒ Other: Narcotics
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is a Fugitive      ☐ Yes  ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☒ Yes  ☐ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 07/13/2005

_Signature of Assistant U.S. Attorney_
Peter A. Hernandez
_Print Name_

Judith Rochlin
ATTORNEY AT LAW
10801 National Blvd., Suite 580
Los Angeles, CA 90064
Phone:(310) 473-6208
Fax: (310) 235-1101
E-mail:j97345@aol.com

FILED
2005 NOV -3 PM 12: 13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>United States v. Robert Burns       DEFENDANT(S). | CASE NUMBER<br>CR 05-668-MMM<br><br>APPLICATION FOR REVIEW OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, PENDING TRIAL, (18 U.S.C. §3142) AND ORDER |
|---|---|

Application is made by ☐ plaintiff ☒ defendant __Robert Burns__ that a hearing be held to review the decision of the ☐ United States District Judge or ☒ Magistrate Judge by order dated: __7-19-05__.

- ☒ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
- ☐ ordering release upon certain conditions, or
- ☐ denying detention.

This application is based on the following facts not previously considered by said judicial officer or changed circumstances as follows: The defendant now has three potential sureties:

Crystal Chobek  20810 Bassett St., Canoga Park, Ca. 91306, (818) 674-3930

Arlene Burns, 20810 Bassett St., Canoga Park, Ca. 91306, (818) 674-3930

Martin Owens, 6209 Sierra Pines Court, Las Vegas, Nevada 89130, (702) 243-3973

The above potential sureties are available to sign a signature bond in the amount of $10,000 each. The total amount of the bond would be $30,000.

Relief sought (*be specific*):

Mr. Burns requests a $30,000 bond with the above mentioned sureties each signing a $10,000 signature bond.

NOV -7 2005

---

CR-88 (10/97)

APPLICATION FOR REVIEW OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, PENDING TRIAL, (18 U.S.C. §3142) AND ORDER

Page 1 of 2